### Notice to District Court of Related Criminal Duty Filing

Number of current Criminal Duty Filing: CR Misc. No. 17CM00901

Title(s) of document(s) making up current criminal duty filing: Stipulation to Extend The Deadline To File Civil Forfeiture Complaint; Proposed Order Extending The Deadline of 18 U.S.C. § 983(a)(3)(A) For Filing of Civil Forfeiture Complaint

The United States of America hereby informs the Court that the above-referenced criminal duty filing (*check all that apply and provide appropriate information*):

a) ☒ does not relate to any previously filed criminal duty matters;

b) ☐ relates to the following criminal duty matter(s) previously filed and assigned (*provide case number(s) and assigned judge(s) for all related criminal duty matters*):

_____

_____

c) ☐ relates to the following indictment(s) previously filed and assigned (*provide case number(s) and assigned judge(s) for all related pending indictments*):

_____

_____

There is a particular reason this criminal duty matter should be assigned to a judge assigned either a related criminal duty matter or a related indictment listed above. Explain:

_____

_____

Respectfully submitted,


DATED:   July 6, 2017          /s/ Jonathan Galatzan
                               JONATHAN GALATZAN
                               Assistant United States Attorney

---

**This notice must be submitted with every criminal duty filing. Multiple documents submitted concurrently for the same matter are considered one criminal duty filing for purposes of submitting this notice.**

FILED 2017 JUL -6 PM 3:33